**DENIED; Opinion Filed May 7, 2013.**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-13-00549-CV**
**No. 05-13-00550-CV**
**No. 05-13-00551-CV**

**IN RE ALBERT RIGSBAY, Relator**

**On Appeal from the 397th Judicial District Court**
**Grayson County, Texas**
**Trial Court Cause Nos. 051461, 051462, 051463**

## MEMORANDUM OPINION

Before Justices FitzGerald, Lang, and Myers
Opinion by Justice Myers

The Court has before it relator's petitions for writ of mandamus in which he asks us to order the trial court's coordinator to forward his motion for judgments nunc pro tunc to the trial court judge for a ruling. The facts and issues are well known to the parties, so we need not recount them herein. Based on the record before us, we conclude relator has not shown he is entitled to the relief requested. *See Simon v. Levario*, 306 S.W.3d 318, 320–21 (Tex. Crim. App. 2009) (orig. proceeding); *State of Tex. ex. rel. Hill v. Court of Appeals for the Fifth Dist.*, 34 S.W.3d 924, 927–28 (Tex. Crim. App. 2001) (orig. proceeding). Accordingly, we deny relator's petitions for writ of mandamus.

/Lana Myers/
LANA MYERS
JUSTICE

130549F.P05